

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jaime David Garcia,

Vs. No. 11-12-00148-CR

The State of Texas,

\* From the 32nd District
Court of Mitchell County,
Trial Court No. 7304.

\* July 31, 2014

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.